UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-04710-RGK-MAA | Date | June 27, 2023 |
|---|---|---|---|
| Title | *DEIDRA BONNER v. THE WALMAN OPTICAL COMPANY, et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE |
|---|---|

| Joseph Remigio (Not Present) | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) Order to Show Cause re Jurisdiction**

On May 9, 2023, Deidra Bonner ("Plaintiff") filed suit against The Walman Optical Company d/b/a X-Cel Specialty Contracts ("Defendant"), alleging a negligence claim based on products liability. On June 15, 2023, Defendant removed the action on the ground of diversity jurisdiction. However, in its notice, Defendant summarily states (and without an affidavit of support) that Plaintiff's pre-suit demand claimed damages "in an amount well exceeding $75,000." (Notice of Removal, p.3, lines 12-18.) While a demand latter may be considered "other paper," which can trigger the basis for removal, a mere statement by Defendant in its Notice of Removal does not. The Court hereby orders Defendant to show cause in writing why this action should not be remanded to state court. An adequate response must include facts that establish by a preponderance of the evidence that the amount in controversy exceeds $75,000. Defendant's response is limited to 5 pages in length, and due no later than **July 3, 2023**.

**IT IS SO ORDERED**.

                                                                                                     :
                                                                                    Initials of Preparer   JRE/vc