JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIDRA BONNER,<br><br>        Plaintiff,<br><br>    v.<br><br>X-CEL SPECIALTY CONTACTS, INC.,<br><br>        Defendants. | Case No. 2:23-cv-04710-RGK-MAA<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL<br><br>[31] |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. All pending dates on calendar are vacated.  The Clerk is directed to close the file.

Dated: 1/25/2024

/s/ Gary Klausner
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE